# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America <br> v. <br> Amber R. Shore | Case No: 3:18-cr-36-TAV-DCP-5 <br> USM No: 53303-074 |
| Date of Original Judgment: 02/06/2019 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Joshua D. Hedrick; Wesley D. Stone <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 235 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/06/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/30/2024

*Judge's signature*

Thomas A. Varlan, U.S. District Judge
*Printed name and title*

Effective Date:
*(if different from order date)*